ANTHONY GENOVESE and JOHN GENOVESE, Infants, by JOSEPHINE GENOVESE, Their Guardian ad Litem, and PETER GENOVESE and JOSEPHINE GENOVESE, Appellants, v. THE BROOKLYN UNION GAS COMPANY and SOUTH BROOKLYN SAVINGS BANK, Respondents.— Consolidated actions brought to recover damages for personal injuries resulting from leaking gas. At the close of the case, counsel for the gas company moved to dismiss as to it on authority of *Reid* v. *Westchester Lighting Co.* (236 N. Y. 322), which holds that unless a gas company assumes control of the pipes in a house, liability does not attach to it for the results of escaping gas. Counsel for the savings bank, the owner of the building, moved to dismiss as to it on the ground that plaintiffs had failed to establish negligence. Decision was reserved on the motions but, later, judgment was entered in favor of both defendants. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

REJANE GREENBERG, as Administratrix, etc., of S. MORRIS GREENBERG, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— In an action by an administratrix to recover the amount of an insurance policy payable to a named beneficiary, judgment entered on reserved motions, dismissing the complaint after setting aside a verdict of the jury for plaintiff, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

IRVING TRUST COMPANY, as Trustee under the Last Will and Testament of ARTEMAS WARD, Deceased, Appellant, v. ROSE BRODY, JOSEPH M. BRODY, Respondents, and Another, Defendant.— In a foreclosure action, order denying plaintiff's motion to strike out the supplemental answer and counterclaims of defendants Brody and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.

In the Matter of ANNA CURRY, Respondent, v. JOHN CURRY, Appellant.— The decision of this court handed down on May 7, 1937 [*ante*, p. 722], is hereby amended to read as follows: On appeal by respondent from an order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing him to pay the sum of six dollars weekly, order unanimously affirmed, without costs. No opinion. Present — Hagarty, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting.

IDA S. KATZ, Appellant, v. LILLIAN WATSON, Respondent.— Order denying plaintiff's motion to examine defendant before trial affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of the motion on sufficient papers. The moving papers do not show that the examination is necessary. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.

BERTA KOVINSKY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— In an action at law to recover the amount paid on the purchase of a certificate representing a participating interest in a mortgage, judgment in favor of the defendant, entered on a verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.